**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-10410-SJO (MANx) | Date | September 3, 2013 |
|---|---|---|---|
| Title | *Jose Sosa v. MBVR LLC, et al.* | | |

========================================================================

| Present: The Honorable | MARGARET A. NAGLE, UNITED STATES MAGISTRATE JUDGE | |
|---|---|---|
| E. Carson | CS | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Trevor J. Finneman | Robert J. Rice |

**Proceedings:**

1. Plaintiff's Motion To Compel Production Of Documents [re Defendant MBVR LLC] ("Plaintiff's Motion #1") [Docket #21]

2. Plaintiff's Motion To Determine Sufficiency Of Defendant's [Patrick De La Torre] Responses To Plaintiff's Request For Admissions ("Plaintiff's Motion #2") (Docket #24)

The case is called. Trevor J. Finneman, of the Disability Rights Legal Center, appears on behalf of plaintiff and is assisted by a CART reporter. Robert J. Rice, of Veatch Carlson, LLP, appears on behalf of defendants.

The Court hears argument regarding Plaintiff's Motion #1 and GRANTS the same. By no later than 3:00 p.m. on September 9, 2013, defendant MBVR LLC shall produce to plaintiff's counsel the following: (1) Ms. Montiel's notebook for inspection; (2) the ledger page that reflects the rental deposit given to defendant(s) by plaintiff Jose Sosa or his wife, May Cuellar; and (3) the bylaws or other documentation that identifies the officers and directors of MBVR LLC. Further, defendants shall produce any other documents responsive to plaintiff's Request for Production of Documents, Set One, or provide a declaration that states that a diligent search has been conducted to locate all responsive documents, which shall include documents referring or relating to Jose Sosa and/or May Cuellar.

The Court hears argument regarding Plaintiff's Motion #2 and GRANTS the same. By no later than 3:00 p.m. on September 9, 2013, defendant Patrick De La Torre shall provide to plaintiff's counsel amended responses to plaintiff's Requests for Admissions.

| Case No. | CV 12-10410-SJO (MANx) | Date | September 3, 2013 |
|---|---|---|---|
| Title | *Jose Sosa v. MBVR LLC, et al.* | | |

========================================================================

The Court schedules a follow-up status conference for 12:00 p.m. on September 13, 2013, to confirm defendants' compliance with this Order.

IT IS SO ORDERED.

cc: All parties of record

|  | : | 35 |
|---|---|---|
| Initials of Preparer | efc | |